UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

PHILLIP MARTINEZ,

                             Plaintiff,          1:07-cv-06453 (LTS) (RLE)

- against -

                                                   **Notice of Appearance**

THE CITY UNIVERSITY OF NEW YORK        **Original Filed by ECF**
AND SEBASTIAN PERSICO,
both in his official and personal capacity,

                             Defendants.
———————————————————————X

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as attorney of record for defendants the City University of New York and Sebatian Persico and that from this day forward copies of all notices and papers served herein are to be served upon the undersigned at the address shown below.

Dated:   August 20, 2007
             New York, New York

                                                  ANDREW M. CUOMO
                                                  Attorney General of the State of New York
                                                  Attorney for Defendants
                                                  By:

                                                  _____/s Aron Fischer_____
                                                  Aron Fischer (AF 6719)
                                                  Assistant Attorney General
                                                  120 Broadway, 24th Floor
                                                  New York, New York 10271
                                                  Aron.Fischer@oag.state.ny.us
                                                  (212) 416-8655

TO:    TOMAS ESPINOSA, ESQ.
Attorney for Plaintiff
4005 Bergenline Ave. Apt. #1
Union City, New Jersey 07087
Tel: (201) 223-1803
Fax: (201) 223-1893