


STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Deputy Attorney General
State Counsel Division

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

*Writer's Direct Dial: (212) 416-8655*

April 21, 2008

**SO ORDERED**

*[signature]*

**HON. GEORGE B. DANIELS**

APR 2 4 2008

**BY FACSIMILE**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: *Martinez v. City University of New York et al.*,
1:07-cv-06453 (S.D.N.Y.) (Daniels, J.)

Your Honor:

This office represents defendants in the above-referenced case. With the input and consent of plaintiff's counsel, I write to request that the deadline for the completion of discovery be extended from April 30, 2008 to July 31, 2008, and that the status conference currently scheduled for April 30, 2008 also be moved to July 31, 2008. This is defendants' first request for an extension of the discovery deadline. Plaintiff's counsel and I have conferred regarding completion of discovery, and do not anticipate seeking a further extension.

Sincerely,

*[signature]*

Aron Fischer
Assisant Attorney General

Tomas Espinosa, Esq.
4005 Bergenline Ave. Apt. #1
Union City, New Jersey 07087
Fax: (201) 223-1893

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us