**TOMAS ESPINOSA, Esq.**
Attorney at Law
4005 Bergenline Ave. 2nd Floor Apt. 1
Union City, NJ 07087
Tel: (201) 223-1803/ Fax: (201) 223-1893
E-mail: drtomasespinosa@yahoo.com

N.J. Bar.                                                                                           N.Y. Bar

July 29, 2008

The Hon. George B. Daniels, U.S.D.J.          Via fax to (212) ***-****     **SO ORDERED**
U.S. District Court for the                                                  The conference is adjourned to
Southern District of New York                                                October 23, 2008 at 9:30 a.m.
40 Foley Square
New York, NY 10007-1312

*[signature]*
**HON. GEORGE B. DANIELS**

JUL 3 0 2008

Re:   Phillip Martinez vs. The City University of New York et als.
      Civil Action 07-cv-6453 (GBD)

Dear Judge Daniels:

   This letter is to request an extension of the discovery period to October 30, 2008 from the present date that ends on July 31, 2008. I make this request with the consent of attorney for the defendants Mr. Fischer.

   We have advanced in the discovery process but personal matters have delayed it, ( the death of member of my family, unavoidable engagements of a professional matter in associations and institutions at a national level where I had prior commitments), in addition, I have been engaged in several trials and unexpected hearings that had consumed the time available. Although Mr. Fisher and I have been customarily in contact to monitor the available time, he and I agree that the discovery time agreed before by us and made part of the scheduling order by Your Honor is improvident and was not prudently calculated. We have scheduled depositions that it may need a follow up and other outstanding discovery matters that although are not controverted and will be resolved by the parties will need the requested extension to finalize.

   We ask you that you grant us the extension of discovery time.

   Thanks for Your Honor attention to this matter.

                                     Very Truly Yours,

                                     *[signature]*
                                     Tomas Espinosa, Esq.

TE/ve.
Cc:   Aron Fischer, Esq.        Via fax to (212) 416-6075