UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | | |
|---|---|---|
| PHILLIP MARTINEZ, | : | **NOTICE OF APPEARANCE** |
| Plaintiff, | : | |
| | : | 07-CV-6453 |
| -against- | : | (LTS) (RLE) |
| | : | |
| THE CITY UNIVERSITY OF NEW YORK AND SEBASTIAN PERSICO, both in his official and personal capacity, | : | *ORIGINAL FILED VIA ECF* |
| Defendants. | : | |

----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the Attorney General of the State of New York, by Assistant Attorney General DARPANA M. SHETH, hereby appears as counsel of record for defendants the City University of New York and Sebastian Persico in the above-captioned action, and that from this day forward copies of all notices, pleadings and other papers herein should be served upon the undersigned at the address, telephone number and e-mail address below.

Dated: August 19, 2008
      New York, New York

      ANDREW M. CUOMO
      Attorney General of the State of New York
      *Attorney for Defendants*
      By:
          /s/ Darpana M. Sheth
      DARPANA M. SHETH (DS 1976)
      Assistant Attorney General
      120 Broadway, 24th Floor
      New York, New York 10271
      Tel.: (212) 416 – 8687
      Email: Darpana.Sheth@oag.state.ny.us

TO:    TOMAS ESPINOSA, ESQ.
        *Attorney for Plaintiff*
        4005 Bergenline Avenue
        Apartment #1
        Union City, New Jersey 07087