```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-18-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP MARTINEZ,

      Plaintiff,

   - against -

THE CITY UNIVERSITY OF NEW YORK, et al.,

      Defendants.

**ORDER**

07 Civ. 6453 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephone conference with the Court on May 15, 2009,

**IT IS HEREBY ORDERED THAT** the Parties **SHALL** complete discovery in this case no later than **June 15, 2009**.

**SO ORDERED this 18th day of May 2009**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge