UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
Philip Martinez,
:
                  Plaintiff,  :
     -against-  :       07 CV 6453
:
The City University of New York,  :       ORDER
:
                  Defendant.  :
:
------------------------------------ x

GEORGE B. DANIELS, District Judge:

    Oral argument on Defendant's Summary Judgment Motion is scheduled for January 19, 2010 at 10:00am.


Dated: November 23, 2009
       New York, New York

                                           SO ORDERED:

                                           *George B. Daniels* (signature)
                                           GEORGE B. DANIELS
                                           United States District Judge